**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

October 29, 2015

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: Rosenberg v. Sharinn
      15 CV 4706 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matte The Court has ordered the defendant to produce certain documents by October 23, 2015.  I sent an email to defendant's counsel on October 26 indicating that I had not received any documents and as of the filing of this motion, I did not receive the documents nor any communication from defendant's counsel.  Plaintiff respectfully requests that the defendant produce the documents as ordered.  In addition, being that the conference is set for November 2, 2015 at 5:30 p.m., plaintiff requests that the conference be adjourned so that I shall have enough time to review the documents when finally produced.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Amanda J. Moreno, esq.